IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRY JACKSON,

    Plaintiff,

    v.

Case No. 19-cv-279-bbc

SANDRA LA DU-IVES,
LIEUTENANT LUCAS VOLDEN,
JOHN DOE DOCTOR,
NURSE PRACTITIONER NICK,
NURSE JESSICA, NURSE ALEXIS and
NURSE MARY,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 10/17/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |